IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FLOYD F. SMITH, JR., #192155, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:13cv374-TMH |
| KENNETH SCONYERS, et al., | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On July 17, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 28). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The plaintiff's motion for preliminary injunction is DENIED.

2. The plaintiff's motion to certify case as a class action is DENIED.

3. This case is REFERRED back to the Magistrate Judge for additional proceedings.

Done this the 20th day of August, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE